UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KELLY BATIZ,

    Plaintiff,

                                    CASE NO.:  2:16-CV-707-FTM-99MRM

-vs-

CREDIT ONE BANK, N.A.

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, KELLY BATIZ, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, KELLY BATIZ, and Defendant, CREDIT ONE BANK, N,A., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished via E-Filing on this 2nd day of August 2017 to all parties of record.

    /s/Shaughn C. Hill
    Shaughn C. Hill, Esquire
    Morgan & Morgan, Tampa,  P.A.
    One Tampa City Center
    Tampa, FL 33602
    Tele:  (813) 223-5505
    Fax:  (813) 223-5402
    shill@forthepeople.com
    Florida Bar #:  0105998
    Attorney for Plaintiff