UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KELLY BATIZ

    Plaintiff,

-vs-

CREDIT ONE BANK, N.A.,

    Defendant.
_____/

CASE NO.:  2:16-CV-707-FTM-99MRM

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Kelly Batiz, and the Defendant, Credit One Bank, N.A., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 19th day of October, 2017.

| | |
|---|---|
| /S/ Shaughn C. Hill, Esquire | /S/ Ashley N. Rector, Esquire |
| Shaughn C. Hill, Esquire | Ashley N. Rector, Esquire |
| Morgan & Morgan, Tampa, P.A. | Sessions, Fishman, Nathan & Israel, L.L.C. |
| One Tampa City Center | 3350 Buschwood Park Drive, Suite195 |
| Tampa, FL 33602 | Tampa, FL 33618 |
| Tele: (813) 223-5505 | Tele: (813) 440-5327 |
| Fax: (813) 223-5402 | Fax: (866) 466-3140 |
| shill@forthepeople.com | arector@sessions.legal; |
| Florida Bar#: 0105998 | ycolon@sessions.legal |
| Attorney for Plaintiff | Florida Bar#: 0106605 |
| | Attorney for Defendant |