```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

KELLY BATIZ,

      Plaintiff,

v.                       Case No: 2:16-cv-707-FtM-99MRM

CREDIT ONE BANK, N.A.,

      Defendant.

_____

**ORDER**

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. #16) filed on October 19, 2017. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

**DONE and ORDERED** at Fort Myers, Florida, this __19th__ day of October, 2017.

                                          */s/ John E. Steele*
                                          JOHN E. STEELE
                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record